THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDON LEONARD and ALICIA LEONARD, husband and wife and the marital community comprised thereof,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>FIRST AMERICAN PROPERTY & CASUALTY INSURANCE COMPANY; CRAWFORD & COMPANY; and TRIER J. JOHNSON,<br><br>　　　　　　　Defendants. | CASE NO. C20-5419-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for relief from the class certification deadline and to set a class certification briefing schedule (Dkt. No. 42). Having thoroughly considered the motion and the relevant record and finding good cause, the Court hereby GRANTS the motion and ORDERS as follows:

1. Plaintiffs must file their motion for class certification no later than March 29, 2021;
2. Defendants must respond to the motion for class certification no later than April 26, 2021;

MINUTE ORDER
C20-5419-JCC
PAGE - 1

3. Plaintiffs must file their reply in support of their motion for class certification no later than May 10, 2021; and

4. To the extent that any party introduces expert testimony in support of or in opposition to the motion for class certification:

   a. That party must make such expert(s) available for deposition, either in person in Seattle, San Francisco, or Los Angeles, or via videoconference, no later than one week after that party's respective motion or opposition filing date, and without the necessity of serving a subpoena on that expert; and

   b. On the same date that a party files its moving or opposition papers, that party must serve (via email or overnight delivery) an expert(s) file, consisting of all "facts or data considered" by that expert witness in forming his or her opinions, as that phrase is used in Federal Rule of Civil Procedure ("FRCP") 26(a)(2)(B)(ii), and the disclosures required by FRCP 26(a)(2)(B)(iv) (witness's qualifications), (v) (list of other cases), and (vi) (statement of compensation).

DATED this 4th day of September 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
