The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

BRANDON LEONARD and ALICIA LEONARD, husband and wife and the marital community comprised thereof,

    Plaintiffs,

v.

FIRST AMERICAN PROPERTY & CASUALTY INSURANCE COMPANY; CRAWFORD & COMPANY; and TRIER J. JOHNSON,

    Defendants.

No. 3:20-cv-05419-JCC

NOTICE OF SETTLEMENT

    PLEASE TAKE NOTICE, pursuant to W.D.Wash. LCR 11(b), counsel for the parties in the above-captioned action hereby notify the Court that the parties have reached an agreement to resolve the within lawsuit.

    The parties are in the process of finalizing their settlement and anticipate stipulating to the dismissal of this action once the settlement is final.

    ///

    ///

NOTICE OF SETTLEMENT
(No. 3:20-cv-05419-JCC) - 1

Ruiz & Smart PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

1 | RESPECTFULLY SUBMITTED January 29, 2021.

**RUIZ & SMART PLLC**

By: s/ *William C. Smart*
William C. Smart, WSBA #8192
wsmart@plaintifflit.com
Isaac Ruiz, WSBA #35237
iruiz@plaintifflit.com
McKean J. Evans, WSBA #52750
mevans@plaintifflit.com
***Counsel for Plaintiffs Brandon Leonard and Alicia Leonard***

**WATHEN LEID HALL & RIDER P.C.**

By: s/*Rory Leid with Email Authority*
Rory W. Leid, WSBA # 25075
rleid@cwlhlaw.com
Hillarie Hee-Young Lee, WSBA # 52109
hlee@cwlhlaw.com
***Counsel for Defendants***

**DENTONS US LLP**

By: s/ *Sonia Martin with Email Authority*
Sonia Martin, *pro hac vice*
sonia.martin@dentons.com
Joel D. Siegel, *pro hac vice*
joel.siegel@dentons.com
Paul Kakuske, *pro hac vice*
paul.kakuske@dentons.com
***Counsel for Defendant First American Property & Casualty Insurance Company***

NOTICE OF SETTLEMENT
(No. 3:20-cv-05419-JCC) - 2

R&#x1d00;&#x1d1c;&#x026a;&#x1d7b; & S&#x1d0d;&#x1d00;&#x0280;&#x1d1b; PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702