THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDON LEONARD, *et al.*, | CASE NO. C20-5419-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| FIRST AMERICAN PROPERTY & CASUALTY INSURANCE COMPANY, *et al*,, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation for an order of dismissal (Dkt. No. 50). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared."

Here, all parties that have appeared stipulate to the dismissal of all claims with prejudice and without an award of attorneys' fees or costs to either party. (Dkt No. 50.) Thus, under Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing. All claims in this action are DISMISSED with prejudice and without award of costs or fees to either party. The Clerk is respectfully directed to CLOSE this case.

1    DATED this 10th day of February 2021.

        William M. McCool
        Clerk of Court

        s/Paula McNabb
        Deputy Clerk